# Thomas & Libowitz, P.A.

STEVEN ANARGYROS THOMAS+*
ROBERT A. SNYDER, JR.
JOHN R. WISE
C. WAYNE DAVIS
FRANCIS R. LAWS
CHARLES B. JONES
SCOTT H. MARDER^

A Professional Association founded in 1975

25 S. Charles Street, Suite 2015 • Baltimore, MD 21201
Phone: 410-752-2468 • Fax: 410-752-0979

www.tandllaw.com

**SIMA G. FRIED**

SFriedr@tandllaw.com

Serving the Community for over 40 Years

Also Member of DC Bar +
Also Member of VA Bar *
Also Member of NY Bar =
Also Member of CT Bar ~
Also Member of MA Bar o
Also Member of FL Bar ^

ASSOCIATES
SIMA G. FRIED=
CLINTON R. BLACK, V~
JASON A. DENKEVITZ
EMMIT F. KELLER
MEGAN EASTER

COUNSEL
CLINTON R. BLACK, IV

DAVID M. SHEEHAN~o

MEMBERS
MARGARET L. ARGENT+
C.J. PERSSONS
ANASTASIA THOMAS NARDANGELI

July 31, 2020

Clerk
U.S. District Court of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   Revised Removal for - Grant, et al. v. Atlas Restaurant Group, LLC

Dear Clerk:

Enclosed please find the following in the above-captioned matter, redacted to protect the identity of the minor Plaintiff:

1. Notice of Removal;
2. Exhibit 1 to Notice of Removal which contains the Circuit Court filings to date;
3. Civil Cover Sheet; and
4. Flash drive containing all of the items identified above.

Should you have any questions regarding this filing, please do not hesitate to contact me at your convenience.

Very truly yours,

Sima G. Fried

SGF/djf

Enclosures

cc:   Joseph E. Spicer, Esq.

# COHEN|HARRIS LLC
## :-Attorneys at Law-

1 North Charles Street – Suite 350  
Baltimore, Maryland 21201  
www.COHENHARRIS.com

Telephone No.: (888) 585-7979  
Fax No.:.(443) 773-0675  
Joseph@CohenHarris.com

July 2, 2020

**VIA FIRST-CLASS MAIL**  
Civil Clerk  
Civil Clerk's Office  
Circuit Court for Baltimore City  
111 North Calvert Street, Room 462  
Baltimore, Maryland 21202

RE: **Marcia Grant, et al. v. Atlas Restaurant Group, LLC**  
**Circuit Court for Baltimore City**

Dear Sir/Madam:

Enclosed please find plaintiffs' Complaint, Request for Jury Trial, Entry of Appearance, Request for Summons, and Civil- Non-Domestic Case Information Report for filing in the above-referenced matter.

Thank you for your cooperation in this regard.

Very truly yours,

Joseph E. Spicer, Esquire  
Cohen Harris, LLC  
1 North Charles Street, Suite 350  
Baltimore, Maryland 21201  
E-mail: Joseph@CohenHarris.com  
Telephone No.: (888) 585-7979  
Fax No.: (443) 773-0675  
Local counsel for lead counsel  
Mills & Edwards, LLP  
14 Penn Plaza, Suite 2020  
New York, New York 10122

JES  
cc: Donte Mills, Esquire and Lennon Edwards, Esquire (by electronic mail only)