IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARCIA GRANT, et al., | : |
| Plaintiffs, | : |
| v. | :     Civil Action No. GLR-20-2226 |
| ATLAS RESTURANT GROUP, LLC d/b/a OUZO BAY RESTAURANT, | : |
| Defendant. | : |

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of July, 2021, hereby:

ORDERED that Defendant Atlas Restaurant Group, LLC d/b/a Ouzo Bay Restaurant's ("Atlas Group") Motion to Dismiss Plaintiff's Amended Complaint or Alternatively for Stay (ECF No. 26) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that the Motion is GRANTED as to Counts Two, Three, and Four of the Amended Complaint;

IT IS FURTHER ORDERED that Counts Two, Three, and Four of the Amended Complaint are DISMISSED;

IT IS FURTHER ORDERED that the Motion is DENIED as to Count One of the Amended Complaint;

IT IS FURTHER ORDERED that Atlas Group's request for a stay is DENIED AS MOOT; and

2

IT IS FURTHER ORDERED that Atlas Group shall RESPOND to the remaining claim in Plaintiffs' Amended Complaint within fourteen (14) days of the date of this Order.

_____/s/_____
George L. Russell, III
United States District Judge