UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF                                                                                                     101 WEST LOMBARD STREET
SUSAN K. GAUVEY                                                                                                 BALTIMORE, MARYLAND 21201
U.S. MAGISTRATE JUDGE                                                                                MDD_skgchambers@mdd.uscourts.gov

February 11, 2022

TO ALL COUNSEL OF RECORD:

    Re:  Grant v. Atlas Restaurant Group, LLC.,
          Civil Case No. GLR-20-2226

Dear Counsel:

    I am setting in a supplemental settlement conference on **Friday, May 27, 2022** at **10:00 a.m.,** to be held via Zoom.

    Given the deadline for filing of dispositive motions in early May, I will read the briefing on the motions prior to the supplemental settlement conference. Counsel should provide a status report on any ongoing settlement negotiations and provide any information about the case that you wish to provide <u>ex parte</u>, no later than **Friday, May 20, 2022**.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                          Sincerely yours,

                                          /s/

                                          Susan K. Gauvey
                                          United States Magistrate Judge

cc:  Honorable George Levi Russell, III
      Court and Chambers File