# COHEN|HARRIS LLC
## -Attorneys at Law-

---

1 North Charles Street – Suite 350
Baltimore, Maryland 21201
www.COHENHARRIS.com

Telephone No.: (888) 585-7979
Fax No.:.(443) 773-0675
E-mail: Joseph@CohenHarris.com

February 15, 2022

**APPROVED this 17th day of February, 2022. Per the Court's February 9, 2022 Letter Order (ECF No. 57), Defendant's notice regarding waiver of the potential conflict is overdue. Defendant shall FILE said notice no later than February 18, 2022.**

**VIA ECF**
The Honorable George L. Russell, III
United States District Court
101 West Lombard Street, 4th Floor
Baltimore, Maryland 21201

/s/
**George L. Russell, III**
**United States District Judge**

RE: Marcia Grant, et al. v. Atlas Restaurant Group
United States District Court for the District of Maryland
Civil No.: 1:20-cv-02226-GLR

Dear Judge Russell:

I'm sending you this correspondence in response to the teleconference convened by the Court and the Court's Order of February 9th, 2022 regarding the Court's potential conflict in the above-referenced matter.

On February 9th, 2022, during the teleconference, the Court advised the parties that his adult daughter was employed one (1) day by the Defendant, Atlas Restaurant Group, LLC ("Defendant"). The Court also informed the parties that his daughter was not paid for her day of work. The Court also advised that parties that neither he nor his daughter hold any animosity toward the Defendant. Additionally, the Court has further informed the parties that he could be fair and impartial during the proceedings of the above-referenced matter.

In the instant matter, the plaintiffs have considered the above-mentioned facts and counsel have conferred with the plaintiffs in making their decision. In light of all the facts and current circumstances, the plaintiffs have decided to waive any conflict or potential conflict that the Court may have related to this issue. In fact, the plaintiffs do not believe that any conflict or potential conflict exists. Plaintiffs believe that the Court, as he has been throughout this proceeding, will continue to be fair and impartial in this case.

Very truly yours,

Joseph E. Spicer

JES