IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCIA GRANT, ET. AL | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:20-cv-02226--GLR |
| ATLAS RESTAURANT GROUP, LLC | : | |
| Defendant | : | |

## JOINT STATUS REPORT

COMES NOW, Plaintiff, Marcia Grant, and Defendant, Atlas Restaurant Group, LLC, by and through undersigned counsel, and pursuant to the Court's Scheduling Order, file their Joint Status Report:

**Plaintiffs**

Plaintiffs request an extension of 30 days of the deadlines in the scheduling order.

**Defendant**

Defendant disagrees with Plaintiff's position and believes that discovery is closed and has been completed.

The parties jointly request a telephonic status conference to discuss the deadlines in the scheduling order. The parties are available on Friday, April 8, 2022, any time before 1:00 pm. Alternatively, the parties request guidance from the Court if the Court wishes that the parties follow the procedures in the Court's Standing Order on Discovery Procedures, ECF No. 45.2 and brief the issue.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | DeCARO, DORAN, SICILIANO, |
| Joseph E. Spicer, Esquire #27839 | GALLAGHER & DeBLASIS, LLP |
| Cohen Harris, LLC | |
| 1 North Charles Street, Suite 350 | |
| Baltimore, Maryland 21201 | /s/ James S. Liskow_____ |
| Telephone No.: (888) 585-7979 | James S. Liskow |
| Fax No.: (443) 773-0675 | |
| E-mail: joseph@cohenharris.com | 17251 Melford Boulevard |
| Local counsel for lead counsel | Suite 200 |
| Mills & Edwards, LLP | Bowie, MD 20715 |
| 14 Penn Plaza, Suite 2020 | Tel:   (301) 352-4950 |
| New York, New York 10122 | Fax:  (301) 352-8691 |
| | jliskow@decarodoran.com |

*Attorneys for Plaintiffs*

THOMAS & LIBOWITZ, P.A.

/s/ Scott H. Marder_____
Scott H. Marder
shmarder@tandllaw.com
Sima G. Fried
sfried@tandllaw.com
25 S. Charles Street
Suite 2015
Baltimore, MD  21201
Tel:   (410) 752-2468
Fax:  (410) 752-0979

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the __6th__ day of __April__, 2022, a copy of the foregoing Joint Status Report was efiled to:

Joseph E. Spicer, Esquire
COHEN HARRIS, LLC
1 North Charles Street
Suite 350
Baltimore, MD  21201

Lennon Edwards, Esquire
Mills & Edwards, LLP
14 Penn Plaza, Suite 2020
New York, New York 10122

                                              /s/ James S. Liskow
                                              James S. Liskow