IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCIA GRANT, ET. AL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:20-cv-02226--GLR |
| | : | |
| ATLAS RESTAURANT GROUP, LLC | : | |
| | : | |
| Defendant | : | |

## TABLE OF EXHIBITS

1. Marcia Grant Transcript

2. Marcia Hines Transcript

3. DG Transcript

4. Answers to Interrogatories from Defendant to Plaintiff

5. Order Form

6. DVD to be Mailed (filed under Seal)

7. Signed Affidavit (filed under Seal)

8. McCafferty Affidavit