UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

May 6, 2022

MEMORANDUM TO PARTIES/COUNSEL RE:   Grant et al. v. Atlas Restaurant Grp., LLC
Civil Action No. GLR-20-2226

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule and an ongoing discovery dispute in this case. This memorandum memorializes the agreements reached during the call.

Counsel for Plaintiffs requested a thirty-day extension of the deadlines in the Scheduling Order to complete additional discovery, while counsel for Defendant Atlas Restaurant Group, LLC declined to consent to such an extension. (See ECF No. 65).

The Court inquired as to the parties' arguments for and against an extension of the discovery deadline, but hearing the complexity of the discovery dispute, the Court declined to issue a ruling during the teleconference. The Court directed the parties to file formal briefing on the dispute with more specific information regarding Plaintiffs' requested discovery, the adequacy of Defendant's responses to those requests, any arguments that Plaintiffs may have failed to exercise their due diligence in obtaining the requested discovery, and any other information that may be pertinent to the Court's determination of the issue. Thus, the Court set the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion to Extend the Discovery Deadline: | **Friday, May 20, 2022** |
| Defendant's Opposition thereto: | **Friday, June 10, 2022** |
| Plaintiffs' Reply | **Friday, June 24, 2022** |

The Court will review the completed briefing and issue a ruling in due course. Should the parties come to a mutual agreement resolving the discovery dispute, they shall promptly inform the Court.

The Court shall toll briefing on Defendant's May 3, 2022 Motion for Summary Judgment pending resolution of the discovery dispute. (See ECF No. 67). If the Court grants Plaintiffs' Motion to Extend the Discovery Deadline, supplemental briefing on the Motion for Summary Judgment may be necessary. Accordingly, should the Court or the parties determine that additional discovery is proper, the Court shall deny Defendant's Motion for Summary Judgment without prejudice. In that event, Defendant will be permitted to file a line requesting that the Court reinstate the Motion for Summary Judgment or file a Supplemental Motion for Summary Judgment.

2

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                Very truly yours,

                                                /s/
                                        George L. Russell, III
                                        United States District Judge