| | |
|---|---|
| CHAMBERS OF<br>SUSAN K. GAUVEY<br>U.S. MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>MDD_skgchambers@mdd.uscourts.gov |

May 31, 2022

TO ALL COUNSEL OF RECORD:

    Re:  Grant v. Atlas Restaurant Group, LLC.,
           Civil Case No. GLR-20-2226

Dear Counsel:

    This is to confirm that the supplemental settlement conference in the above referenced case is hereby rescheduled to **Monday, August 29, 2022,** at **10:00 a.m.,** to be held via Zoom.

    I ask counsel to provide a status report regarding the factual and legal developments in the litigation as a result of discovery and motions practice and the ongoing settlement negotiations by **Monday, August 22, 2022.**

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                 Sincerely yours,

                                 /s/

                                 Susan K. Gauvey
                                 United States Magistrate Judge

cc:  Honorable George Levi Russell, III
      Court and Chambers File