IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCIA GRANT, ET. AL | : | |
| Plaintiff | : | |
| v. | : | |
| ATLAS RESTAURANT GROUP, LLC | : | Civil Action No. 1:20-cv-02226--GLR |
| Defendant | : | |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Maryland Rule 2-403(a), third-party E.R., through her attorney John C. Angelos, respectfully moves for entry of a Protective Order forbidding the taking of discovery of her name or her minor son's name in connection with a video filmed on June 21, 2020, at Ouzo Bay in Baltimore City on the grounds that such discovery includes the identity of a minor child and would cause annoyance, embarrassment, oppression, or undue burden or expense, and says:

1. E.R. is the mother of L.R., a minor.

2. On June 21, 2020, E.R along with her husband and L.R., her minor son, as well as his siblings, had a Father's Day meal at Ouzo Bay in Baltimore City.

3. In the days that followed, E.R. learned from friends who had seen on various media sources that an individual, later identified as the plaintiff in this action, had filmed L.R. as the family was getting up to leave their table following their meal.

4. E.R. learned that the plaintiff had appeared on national media, including Good Morning America, and played the video with L.R.'s face obscured.

**DENIED WITHOUT PREJUDICE this 16th day of November, 2022 for failure to comply with FRCP 26(c)(1) or Local Rule 104.7.**

_____/s/_____
**George L. Russell, III**
**United States District Judge**