# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MARCIA GRANT, et al.,** | * |
| | * |
| **Plaintiffs** | * |
| v. | *   Civil No.: 1:20-cv-02226-GLR |
| **ATLAS RESTAURANT GROUP, LLC** | * |
| | * |
| **Defendant** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Consent Motion for Plaintiffs' Response to Defendant's Motion for Summary Judgment (ECF No. 86), it is on this 21st day of February, 2023,

**ORDERED**, that the Consent Motion for Plaintiffs' Response to Defendant's Motion for Summary Judgment is hereby **GRANTED,** and it is further

**ORDERED** that Plaintiffs must file their response to Defendant's Motion for Summary Judgment on or before Monday, February 27th, 2023.

/s/
_____
George L. Russell, III
United States District Judge