## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **MARCIA GRANT, et al.,** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil No.: 1:20-cv-02226-GLR** |
| **ATLAS RESTAURANT GROUP, LLC** | * | |
| **Defendant** | * | |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT IN ELECTRONIC FORMAT

Plaintiffs, Marcia Grant and D.G., a minor on behalf of his mother, Marcia Grant (hereinafter collectively referred to as "Plaintiffs"), and by and through their attorneys, Joseph E. Spicer, Esquire, and Cohen Harris, LLC, Donte Mills, Esquire and Lennon Edwards, Esquire of Mills & Edwards, LLP, hereby files Plaintiffs' Motion to File for Leave to File Document in Electronic Format. In support thereof, Plaintiffs state the following:

1. Plaintiffs are requesting leave of Court to file DVD containing a video in electronic format.

2. On February 27th, 2023, Plaintiffs filed Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment with ten (10) attached exhibits.

3. Specifically, Exhibit No. 2 is a relevant attachment in which Plaintiffs are seeking leave of court.

4. Exhibit No. 2 contains a video that contain relevant and material information to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment and to the issues in the above-captioned matter.

5. Exhibit No. 2 cannot be converted to PDF format and cannot be filed electronically as it only exists on a physical medium as a DVD.

6. Plaintiffs will file Exhibit No. 2, the DVD, with the Clerk's Office and will also send a copy of the DVD with Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment to the Judge's Chambers.

7. Accordingly, Plaintiffs are filing the instant motion seeking leave of the Court to file Exhibit No. 2, a DVD containing a video in electronic format.

Wherefore, Plaintiffs respectfully requests that Plaintiffs Motion for Leave to File Document in Electronic Format be granted.

Respectfully Submitted,

_____/s/_____
Joseph E. Spicer, Esquire #27839
Cohen Harris, LLC
40 York Road, 4th Floor
Towson, Maryland 21204
Telephone No.: (888) 585-7979
Fax No.: (443) 773-0675
E-mail: joseph@cohenharris.com
Attorney for Plaintiffs


_____/s/_____
Donte O. Mills, Esquire (appearing pro hac vice)
Lennon Edwards, Esquire (appearing pro hac vice)
Mills & Edwards, LLP
14 Penn Plaza, 20th Floor
New York, New York 10122
Telephone No.: (212) 635-2969
Fax No.: (212) 635-2905
E-mail: dmills@melawny.com
E-mail: ledwards@melawny.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February 2023, Plaintiffs' Motion to File for Leave

File Document in Electronic Format was filed and served via CM/ECF.


_____/s/_____
Joseph E. Spicer, Esquire #27839

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **MARCIA GRANT, et al.,** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil No.: 1:20-cv-02226-GLR** |
| **ATLAS RESTAURANT GROUP, LLC** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Motion to File for Leave File Document in Electronic Format and any opposition thereto, it is this _____ day of _____ 2023, it is hereby:

**ORDERED** that Plaintiffs' Motion to File for Leave File Document in Electronic Format is hereby **GRANTED.**

_____
Judge, United States District Court