## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MARCIA GRANT, et al., | * | |
| **Plaintiffs** | * | |
| v. | * | Civil No.: 1:20-cv-02226-GLR |
| ATLAS RESTAURANT GROUP, LLC | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF FILING LENGTHY EXHIBIT TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Marcia Grant and Plaintiff D.G. ("Plaintiffs"), and by and through their attorneys, Joseph E. Spicer, Esquire and Cohen Harris, LLC, and Donte Mills, Esquire and Lennon Edwards, Esquire of Mills & Edwards, LLP, hereby files Plaintiffs' Notice of Filing a Lengthy Exhibit to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment. Exhibit No. 2 to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment is too large to upload via CM/ECF. Exhibit No. 2 contains a video of the incident of June 21, 2020. A copy of the video will be contemporaneously filed with the Clerk's Office on DVD.

I hereby certify that within twenty-four (24) hours of filing this Notice that I will file and serve copies of the DVD on all parties.

Respectfully submitted,

_____/s/_____
Joseph E. Spicer, Esquire #27839
Cohen Harris, LLC
40 York Road, 4th Floor
Towson, Maryland 21204
Telephone No.: (888) 585-7979
Fax No.: (443) 773-0675
E-mail: joseph@cohenharris.com
Attorney for Plaintiffs


_____/s/_____
Donte O. Mills, Esquire (appearing pro hac vice)
Lennon Edwards, Esquire (appearing pro hac vice)
Mills & Edwards, LLP
14 Penn Plaza, 20th Floor
New York, New York 10122
Telephone No.: (212) 635-2969
Fax No.: (212) 635-2905
E-mail: dmills@melawny.com
E-mail: ledwards@melawny.com
Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2023, Plaintiffs' Notice of Filing a Lengthy Exhibit to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment was filed and served via CM/ECF.


_____/s/_____
Joseph E. Spicer, Esquire #27839